# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

IN RE:  
PATRICK F. MILNE

CHAPTER 13

**CASE NUMBER 16-21186JJT**

### PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Roberta Napolitano,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

CHECK # 040192     $3,740.00

PATRICK F. MILNE  
PO BOX 380553  
EAST HARTFORD, CT 06138-0553

Check issued twice- not cashed

Dated at Hartford, Connecticut this 5th day of March, 2018.

/s/  
Roberta Napolitano  
Chapter 13 Standing Trustee  
10 Columbus Blvd., Hartford, CT 06106  
Tele:(860) 278-9410 Fax:(860) 527-6185  
Fed Id# CT08378 e-mail:rnapolitano@ch13rn.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:** PO BOX 380553, EAST HARTFORD, CT 06138-0553  
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV  
**Debtor's Counsel:** zepseven@sbcglobal.net

/s/  
Roberta Napolitano, Chapter 13 Standing Trustee